WWR# 30534510

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Gregory S. Bussell and Jennifer K. Bussell<br><br>Debtor. | Bankruptcy No. 15-13628<br>Judge A. Benjamin Goldgar<br><br>Chapter 7 |
| Discover Bank,<br>                Plaintiff,<br>v.<br>Gregory S. Bussell,<br>                Defendant. | Adversary No. 15-00532 |

### STIPULATION TO DISMISS ADVERSARY PROCEEDING

The parties wishing to amicably resolve this matter, Plaintiff Discover Bank, by and through its counsel Weltman, Weinberg & Reis Co., LPA and Debtor/Defendant Gregory S. Bussell, by and through his counsel, Richard H. Fimoff, agree that Debtor/Defendant shall make a lump sum payment of $2,500.00 on or before August 12, 2015. Upon receipt of the sum of $2,500.00, Plaintiff shall dismiss this adversary proceeding with prejudice.

AGREED:
/s/ Casey B. Hicks
Casey B. Hicks #6289784
WELTMAN, WEINBERG & REIS CO. LPP
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601
Attorney for Creditor

Richard H. Fimoff
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street Suite 3300
Chicago, IL 60601
Attorney for Debtor/Defendant

Gregory S. Bussell
23683 Kingston Row
Lincolnshire, IL 60069
Debtor/Defendant

7-29-15
Date